978 A.2d 913

IN THE MATTER OF FRANKLIN G.
SOTO, AN ATTORNEY AT LAW.

September 10, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–410, concluding that **FRANKLIN G. SOTO** of **PATERSON,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.5(c) (failure to provide written fee agreement), and *RPC* 1.7(a) (conflict of interest), and good cause appearing;

It is ORDERED that **FRANKLIN G. SOTO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.